**Ben Miller, OSB #074690**
BMiller@eugene-or.gov
Eugene City Attorney's Office
125 East 8th Avenue
Eugene, OR 97401
Telephone: (541) 682-8447
Facsimile:  (541) 682-5414

Of Attorneys for Defendants
City of Eugene and Sarah Medary

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **HENRY HOUSTON,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF EUGENE,** a municipal corporation; **SARAH MEDARY,** in her individual capacity**; and DOES 1-5** in their individual capacities;<br><br>Defendants. | Case No: 6:20-cv-01180-AA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO PLAINTIFF'S COMPLAINT** |

**LR 7-1(a) CERTIFICATION**

Counsel for defendants certifies he has conferred with plaintiff's attorney regarding this motion and the deadlines set forth below, and counsel does not oppose extending the deadlines.

**MOTION**

Defendants request the extension of the deadline to file a response to plaintiff's Complaint as set forth below.

This case was filed on July 21, 2020. On July 30, 2020, a Waiver of Service of Summons was executed and returned to the Court setting the date for defendants to respond to plaintiff's

Page 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO PLAINTIFF'S COMPLAINT

Complaint as September 22, 2020. The parties are engaging in settlement discussions and have scheduled a settlement conference with Judge Coffin for October 21, 2020. Counsel for defendants will be on a scheduled vacation from October 22 through November 3, 2020. Therefore, the parties request defendants' response be set over to November 6, 2020, to allow time for settlement discussions and, failing that, to prepare a response to plaintiff's Complaint.

DATED this 22nd day of September, 2020.

**CITY OF EUGENE**

By:     s/ Ben Miller
Ben Miller, OSB #074690
BMiller@eugene-or.gov
Telephone: (541) 682-8447
Facsimile:  (541) 682-5414

Of Attorneys for Defendants
City of Eugene and Sarah Medary

**CERTIFICATE OF SERVICE**

I certify that on the 22nd day of September, 2020, I served or caused to be served a true and complete copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO PLAINTIFF'S COMPLAINT** on the party or parties listed below as follows:

| | |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Email |
| _____ | Via Personal Delivery |

| | |
|---|---|
| Marianne Dugan<br>Lauren Regan<br>1430 Willamette Street, #359<br>Eugene, OR 97401<br><br>Attorneys for Plaintiff | Cooper Brinson<br>259 E 5th Avenue, Ste 300 A<br>Eugene, OR 97401<br><br>Attorney for Plaintiff |

**CITY OF EUGENE**

By: ___s/ Ben Miller___
Ben Miller, OSB #074690
BMiller@eugene-or.gov
Telephone: (541) 682-8447
Facsimile: (541) 682-5414

Of Attorneys for Defendants
City of Eugene and Sarah Medary